MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0359 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| ) | |
| v. ) | |
| ) | |
| ALEJANDRO ROSETTI JUAREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The parties appeared before the Court on October 4, 2011.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 4, 2011 to October 25, 2011 for effective preparation of counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 4, 2011 to October 25, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 4, 2011 to October 25, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: October 5, 2011             /s/
                                          PATRICIA SPALETTA
                                          Special Assistant United States Attorney

DATED: October 5, 2011             /s/
                                          GEOFFREY HANSEN
                                          Chief, Assistant Federal Public Defender

SO ORDERED.

DATED: 10/5/11
                                          THE HON. RICHARD SEEBORG
                                          United States District Judge