*E-Filed 12/9/11*

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney

5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California  94102
   Telephone: (415) 552-6031
7  Facsimile: (415) 436-7234
   Patricia.Spaletta@usdoj.gov

8

9  Attorneys for Plaintiff

10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,           )  No. CR 11-0359 RS
                                        )
16         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
17         v.                           )
                                        )
18  ALEJANDRO ROSETTI JUAREZ,           )
                                        )
19         Defendant.                   )
                                        )
20  _____

21      The parties appeared before the Court on October 31, 2011.  With the agreement of

22  counsel for both parties, the Court found and held as follows:

23      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

24  from October 31, 2011 to December 13, 2011 for effective preparation and continuity of counsel.

25  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable

26  time necessary for effective preparation, taking into account the exercise of due diligence.

27      2. Given these circumstances, the Court found that the ends of justice served by excluding

28  the period from October 31, 2011 to December 13, 2011, outweigh the best interest of the public

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. ALEJANDRO ROSETTI JUAREZ, CR 11-0359 RS

1  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

2     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from

3  October 31, 2011 to December 13, 2011, be excluded from the Speedy Trial Act calculations

4  under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6     SO STIPULATED:

8                                    MELINDA HAAG
                                  United States Attorney

10  DATED: December 9, 2011               /s/
11                                  PATRICIA SPALETTA
                                Special Assistant United States Attorney

13  DATED: December 9, 2011               /s/
14                                  CAMELLIA BARAY
                                Counsel for Defendant

16  SO ORDERED.

18  DATED: 12/9/11
                                THE HON. RICHARD SEEBORG
19                                  United States District Judge